FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 7 2011

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01254-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

REGINALD CRANE,

     Plaintiff,

v.

NO NAMED DEFENDANTS,

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   <u>X</u>   is not submitted
(2)   ___   is missing affidavit
(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or
                  habeas application
(9)   ___   An original and a copy have not been received by the court.

|      |     | Only an original has been received. |
|------|-----|-------------------------------------|
| (10) | _X_ | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:

| (11) | _X_ | is not submitted |
|------|-----|------------------|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED May 17, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01254-BNB

Reginald Crane
Prisoner No.  146030
Cheyenne Mountain Re-Entry Center
2925 E Las Vegas St
Colorado Springs, CO 80906

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Prisoner Complaint forms** to the above-named individuals on May 17, 2011.

GREGORY C. LANGHAM, CLERK


By:_____
                                    Deputy Clerk