FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01254-BNB

REGINALD CRANE,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Reginald Crane, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado. He initiated the instant action by submitting to and filing with the Court *pro se* a letter. The Court reviewed the letter and determined it was deficient. Therefore, on May 17, 2011, Magistrate Judge Boyd N. Boland directed Mr. Crane to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The May 17 order pointed out that Mr. Crane failed to submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The order also pointed out that Mr. Crane failed to submit a Prisoner Complaint. The order directed the clerk of the Court to mail to Mr. Crane the proper, Court-approved forms for filing a complaint and for

seeking leave to proceed pursuant to § 1915, and warned him that, if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without prejudice and without further notice.

Mr. Crane has failed, within the time allowed, to cure the deficiencies listed in the May 17 order or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court order and cure the designated deficiencies as directed within the time allowed, and for failure to prosecute.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Reginald Crane, within the time allowed, to cure the deficiencies designated in the order to cure of May 17, 2011, and for his failure to prosecute.

DATED at Denver, Colorado, this  23rd  day of   June  , 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01254-BNB

Reginald Crane
Prisoner No. 146030
Cheyenne Mountain Re-Entry Center
2925 E Las Vegas St
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk